```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAKESHIA WEBB,

                    Plaintiff,

vs.                                                          Civil Action No.:
                                                             1:20-CV-08746-RWL

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

### PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed, Plaintiff

moves this Court, on submission, for an Order granting an enlargement of time of thirty (30)

days to file Plaintiff's motion for judgment on the pleadings and memorandum of law in support

in this matter, which is currently due on September 7, 2021.  This is Plaintiff's first request for

an extension and is necessary due to an unexpected increase in counsel's case load and briefs due

in a short period of time from cases that were previously delayed from timely processing during

the beginning of the COVID-19 pandemic.

In addition, the parties continue to discuss the possible settlement of the case and are

currently ordered to inform the Court of the outcome of those discussions by September 7, 2021.

To avoid unnecessary briefing of the case by Plaintiff's counsel that would expend resources on

this case and result in possible fee liability to Defendant when the case may be settled, the parties

feel that an extension is appropriate.

Plaintiff has contacted counsel for Defendant who kindly consents to this motion.

Dated:  August 26, 2021                          Respectfully submitted,

By:   /s/ Charles E. Binder
        Law Office of Charles E. Binder
        and Harry J. Binder, LLP
        485 Madison Avenue, Suite 501
        New York, NY 10022
        (212)-677-6801
        fedcourt@binderlawfirm.com

Extension granted.  Motion due October 7, 2021.  Opposition and cross-motion due December 7, 2021.  Reply due December 28, 2021.

SO ORDERED:

8/27/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAKESHIA WEBB,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

Civil Action No.:
1:20-CV-08746-RWL

## **ORDER**

AND, NOW, this _____day of _____, 2021, upon consideration of

Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is

due October 7, 2021.  All subsequent deadlines are also extended by thirty (30) days.


Entered: _____              _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2021, I electronically filed the foregoing

Plaintiff's Unopposed Motion for an Enlargement of Time to File His Motion for Judgment on

the Pleadings with the Clerk of Court using the CM/ECMF system which will send notification

of such filing to all registered CM/ECMF case participants.


/s/ Charles E. Binder
Attorney for Plaintiff